UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

Devon A. Brown                      **COURT AT COMMOM LAW**
         Plaintiffs,

vs.

Sheriff Gregory Tony
(in his official capacity)
and Broward Sheriff's Office
                Defendants'
_____/



FILED BY _____ D.C.
JAN 09 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLANT FOR CONSTITUTIONAL AND FEDERAL RIGHTS VIOLATION

COMES NOW, Devon A. Brown, Sui Juris, and files his complaint under 42 U.S.C. 1983 for Unalienable and Constitutional Protected rights violation against the Defendants Broward Sheriff Gregory Tony (in his official capacity), and the Broward County Sheriff's Office (BSO) for violation of his First Amendment right to freedom of Religion, the Florida's Constitution Religious rights protection, and the Religious Land Use and Institutionalized Persons Act **(RLUIPA)**.

1.Plaintiff as one of We the People, have a right to practice his religious practice even when he is in the custody of the defendants. Plaintiff shall be awarded damages for the defendants' violation of his clearly protected rights under the United States Constitution, State Constitution and Federal Laws.

### I.    JURISDICTION

2. The Plaintiff invokes this Court Federal Jurisdiction, under 28 U.S.C. §1331, and 28 U.S. Code § 1343, because his Constitutional Rights and Federal Rights have been violated.

The Plaintiff and Defendants either worked or resides in Broward County Florida, at the time of the violations.

II.  **COUNT I - FIRST AMENDMENT VIOLATION -RELIGIOUS RIGHTS VIOLATION AGAINST THE BROWARD SHERIFF'S OFFICE**

3. On or about April 03, 2019, the Plaintiff was arrested by the defendant Broward County Sheriff's Office (BSO), by one of its deputies for allegedly practicing law without a license. When he was brought to the BSO'S booking station( BSO'S mail jail), he was ordered to remove his clearly marked religious hat, and was forced to put it in a brown common paper bag, which was totally disrespectful to the Plaintiff. The BSO deputy was enforcing a "custom" or "policy" at the time under "color of law". This violation had happened to another religious person (Rabbi Beri Zwiebel on or around April 2019, the same Month and year that Plaintiff experienced the same treatment, and also on or about October 2021) on at least two separate occasions. Plaintiff's religious beliefs and conviction maintains that his head should be covered, especially when he is fasting; like on the day of his arrest while he had started his fasting.

III. **COUNT II – FLORIDA'S CONSTITIUTIONAL RELIGIOUS RIGHTS VIOLATION AGAINST THE BROWARD SHERIFF'S OFFICE**

4. The Defendant Broward Sheriff's Office deputies, in ordering Plaintiff to remove his religious head covering, was also in violation of the Religious right protection of Plaintiff via the Florida Constitution -Article I, SECTION 3, which states. Religious freedom.—*There shall be no law respecting the establishment of religion or prohibiting or penalizing the free exercise thereof. Religious freedom shall not justify practices inconsistent with public morals, peace or safety.*

5. The Defendants are also in violation of the Religious Land Use and Institutionalized Persons Act **(RLUIPA)**, Pub.L. 106–274 (text) (PDF), codified as 42 U.S.C. § 2000cc et seq., which is a United States federal law that prohibits the imposition of burdens on the ability of prisoners to worship as they please and gives churches and other religious institutions a way to avoid zoning law restrictions on their property use.

IV.  **COUNT I - FIRST AMENDMENT VIOLATION -RELIGIOUS RIGHTS VIOLATION AGAINST THE BROWARD COUNTY SHERIFF GREGORY TONY**

6. Plaintiff brings a First Amendment claim against Broward County Sheriff, Gregory Tony as the head supervisor of the agency, BSO which had a practice in place that

violates clearly established Constitutional Rights protection of the right to worship the Almighty according to one's conviction and conscience. This practice of forcing one to remove their religious head covering has been done to at least one other citizen at least twice recently. Sheriff Gregory Tony is responsible for the proper training of all the men and women who works under his authority. The Broward County Sheriff is also responsible for his deputies that violated the Religious Land Use and Institutionalized Persons Act **(RLUIPA).**

### V. COUNT II – FLORIDA'S CONSTITIUTIONAL RELIGIOUS RIGHTS VIOLATION AGAINST THE BROWARD COUNTY SHERIFF GREGORY TONY

7. As Sheriff of Broward County, Florida, the Defendant Broward County Sheriff Gregory Tony, is responsible for the proper supervision and training of his deputies to make sure that they are in compliance with the United States and Florida Constitutions and laws. By not properly training and supervising his deputies under him, the Sheriff Gregory Tony, caused them to be negligent in violating also, the Florida Constitution; Article I-Section 3, when they ordered Plaintiff to remove his religious hat. This action by the BSO deputies violated the Florida Constitution - Article I, SECTION 3, which states. Religious freedom.–*There shall be no law respecting the establishment of religion or prohibiting or penalizing the free exercise thereof. Religious freedom shall not justify practices inconsistent with public morals, peace or safety.*

### VI. CONCLUSION

The Defendants' all swore an oath to uphold and defend the Constitution and laws of the United States Republic and the Florida Constitutional Republic, and should be held responsible for violating the law; just as how any other citizen would be held responsible for breaking the law,

WHEREFORE, Plaintiff moves the Court to grant him the compensatory damage and punitive damage for violation of his rights, embarrassment and humiliation, mental anguish, emotional distress, punitive damages and any other relief that this court deems just and equitable.

Defendants:                                              Plaintiff:

BROWARD SHERIFF'S OFFICE                    Devon A. Brown

3

2601 W Broward Blvd  
Fort Lauderdale, FL 33312

Gregory Tony (Sheriff)  
2601 W Broward Blvd  
Fort Lauderdale, FL 33312

2847 Jackson Street, Apt 5  
Hollywood, FL. 33020  
(954)628-2512  
Bentzedek@hotmail.com

*/s/ Devan Bran*

4

2847 Jackson Street
APT. 5.
Hollywood, FL. 33020


7021 0350 0001 3513 9068





U.S. POSTAGE PAID
FCM LG ENV
SAINT PETERSBUR
33705
JAN 05 '23
AMOUNT
$5.44
R2304N116768-85

United States District Court
U.S. Federal Building
299 East Broward Boulevard #108
Fort Lauderdale, FL. 33301

